6:26-cv-03197-BCW



Civil Action No.

FILED
APR 15 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* County of Laclede mo

was received by me on *(date)* 4/6/202 .

☒ I personally served the summons on the individual at *(place)* LaclEde County Lebanon, mo on *(date)* 4/6/202 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* X LindA CAnaler, , who is designated by law to accept service of process on behalf of *(name of organization)* Laclede County, on *(date)* 4/6/2024 ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4/6/2026

[signature]
*Server's signature*

David Mellon
*Printed name and title*

301 E Fremont Rd
Lebanon, mo 65536
*Server's address*

Additional information regarding attempted service, etc:



Print Save As... Reset