6:26-cv-03197-BCW



Civil Action No.

FILED
APR 15 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
W. DISTRICT
OF MISSOURI

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Amy Folsom

was received by me on *(date)* 4/6/2026 .

☑ I personally served the summons on the individual at *(place)* Tara Martiano for Amy Folsom on *(date)* 4/6/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________, a person of suitable age and discretion who resides there, on *(date)* ____________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tara Martiano , who is designated by law to accept service of process on behalf of *(name of organization)* Laclede County Court, Lebanon, MO. on *(date)* 4/6/26 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4/6/2026

[signature]
*Server's signature*

David Mellon
*Printed name and title*

301 E Freemont Rd Lebanon, MO 65536
*Server's address*

Additional information regarding attempted service, etc:



Print Save As... Reset