6:26-CV-03197-BCW



Civil Action No.

FILED
APR 15 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Linda Cansler
was received by me on *(date)* 4/6/2026 .

☒ I personally served the summons on the individual at *(place)* Court house
200 N. Adams Lebanon, MO on *(date)* 4/6/2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______
______ , a person of suitable age and discretion who resides there,
on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Linda Cansler , who is
designated by law to accept service of process on behalf of *(name of organization)* Laclede County
Lebanon, MO on *(date)* 4/6/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 4/6/2026

[signature]
*Server's signature*

David Miller
*Printed name and title*

301 E Tremont Rd Lebanon, MO 65536
*Server's address*

Additional information regarding attempted service, etc:



Print Save As... Reset