**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

LESLIE DENNIS MANNON,

        Plaintiff,

vs.

LACLEDE COUNTY, MISSOURI, et al.

        Defendant.

Case No. 6:26-cv-03197-BLW

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COME NOW Defendants Laclede County, Missouri, Linda Cansler, Amy Folsom, and Larita Pope ("Defendants") and respectfully move the Court for an extension of time to file an answer, Rule 12(b) motion to dismiss, or other responsive pleading to Plaintiff's Complaint in this matter. In support of this motion, the Moving Defendants state:

1.     Plaintiff filed his 44-page Complaint on April 2, 2026, 2025. (Doc. 1). The Complaint contains 12 allegedly distinct claims and over 216 paragraphs. *Id*.

2.     The Moving Defendants were served on April 6, 2026.

3.     The Defendants' deadline to file responsive pleadings is April 27, 2026.

4.     The Moving Defendants have spent a significant amount of time working in good faith towards a responsive pleading to the Complaint, but more time is needed to complete responsive pleadings in this matter.

5.     The interests of justice and fairness are served by granting the Moving Defendants an extension of time to fully respond to, address, and/or challenge Plaintiff's extensive Complaint.

6.     Defendants' request will not substantially delay this matter and no party will be prejudiced by Defendants' request.

1

WHEREFORE, the Moving Defendants respectfully request an order extending the time for them to file a responsive pleading, such as an answer or Rule 12(b) motion to dismiss, by twenty-one (21) days, or until May 18, 2026.

Respectfully submitted,

*/s/ Michael D. Cerulo*
Michael D. Cerulo #57536
Matthew Victorio #72177
BATY OTTO SCHEER PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO 63105
Telephone: 314-863-6274
Facsimile: 314-863-6407
mcerulo@batyotto.com
mivctorio@batyotto.com
**ATTORNEYS FOR DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, I caused a copy of the foregoing document to be sent to all counsel of record via this Court's CM/ECF system.

*/s/ Michael D. Cerulo*

2