IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

RECEIVED
MAY 01 2026
PAIGE WYMORE-WYNN, CLERK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

**LESLIE DENNIS MANNON,**

Plaintiff,

v.

**COUNTY OF LACLEDE, MISSOURI; LINDA CANSLER, individually and** in her official capacity as Laclede County **Clerk; AMY FOLSOM, individually and** in her official capacity as Laclede County **Prosecuting Attorney; and LARITA POPE,** individually,

Defendants.

Case No. 6:26-cv-03197-BCW

Chief Judge Brian C. Wimes

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff Leslie Dennis Mannon, proceeding pro se, respectfully moves this Court for leave to file a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2). In support of this Motion, Plaintiff states:

1. Plaintiff filed the original Complaint on April 2, 2026 (Doc. 1). All four Defendants were served on April 6, 2026 (Docs. 2-5).

2. The 21-day window for amendment as a matter of course under Federal Rule of Civil Procedure 15(a)(1)(A) expired on April 27, 2026. Federal Rule of Civil Procedure 15(a)(1)(B) has not been triggered, as no Defendant has filed a responsive pleading or a motion under Rule 12(b), (e), or (f).

3. Plaintiff therefore seeks leave under Federal Rule of Civil Procedure 15(a)(2), which provides that "[t]he court should freely give leave when justice so requires."

4. The proposed First Amended Complaint is attached as Exhibit A.

5. The amendments do not add new parties or new claims. They clarify factual allegations, refine pleading particularity for the existing fraud count under Federal Rule of Civil Procedure 9(b), expressly invoke equitable tolling for time-sensitive counts, and substitute or supplement supporting authority within existing counts. The amendments narrow rather than expand the scope of this litigation.

6. On May 1, 2026, contemporaneously with the filing of this Motion, Plaintiff transmitted to counsel for Defendants by U.S. Mail and email a written communication acknowledging counsel's appearance, stating Plaintiff's non-opposition to Doc. 6, and providing notice of the amendments sought herein. Plaintiff has had no prior communication with counsel for Defendants. To avoid further procedural ambiguity following the expiration of the Rule 15(a)(1)(A) window on April 27, 2026, Plaintiff has filed without awaiting Defendants' position. Plaintiff will promptly notify the Court of Defendants' position upon receipt and will not oppose any reasonable request by Defendants for additional time to respond to the First Amended Complaint should leave be granted.

7. The Suggestions in Support of this Motion, filed contemporaneously herewith, address the controlling Foman factors and demonstrate that leave is warranted.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting leave to file the First Amended Complaint and directing the Clerk to docket the First Amended Complaint as the operative pleading, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

Date: May 1, 2026

Leslie Dennis Mannon

LESLIE DENNIS MANNON
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, a true and correct copy of the foregoing Motion for Leave to File First Amended Complaint, together with the Suggestions in Support and the proposed First Amended Complaint attached as Exhibit A, was served on counsel for all Defendants by United States Mail, postage prepaid, and by the Court's CM/ECF system upon docketing, at the address of record:

Michael D. Cerulo
Baty Otto Coronado Scheer PC
7777 Bonhomme Ave., Suite 2150
St. Louis, Missouri 63105
mcerulo@batyotto.com
Counsel for All Defendants

LESLIE DENNIS MANNON, Pro Se