| | |
|---|---|
| LESLIE DENNIS MANNON, | |
| Plaintiff, | |
| vs. | Case No. 6:26-cv-03197-BCW |
| LACLEDE COUNTY, MO, et al. | |
| Defendants. | |

## DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

COME NOW Defendants Laclede County, Missouri ("Laclede County"), Linda Cansler, Amy Folsom, Larita Pope ("Defendants"), by and through the undersigned counsel, and for their Answer to Plaintiff Leslie Dennis Mannon's ("Plaintiff") Complaint, state the following:

## INTRODUCTION

1.      Defendants deny the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.      Defendants deny the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.      Defendants deny the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.      Defendants deny the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.      Defendants deny the allegations contained in Paragraph 5 of Plaintiff's Complaint.

## JURISDICTION AND VENUE

6.      Defendants state that Paragraph 6 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.	Defendants state that Paragraph 7 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.	Defendants state that Paragraph 8 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.	Defendants state that Paragraph 9 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.	Defendants state that Paragraph 10 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.	Defendants state that Paragraph 11 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.	Defendants state that Paragraph 12 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 12 of Plaintiff's Complaint.

## PARTIES

13.	In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14. Defendants state that Paragraph 14 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15. Defendants state that Paragraph 15 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16. Defendants deny the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendants deny the allegations contained in Paragraph 17 of Plaintiff's Complaint.

18. Defendants deny the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendants state that Paragraph 19 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 19 of Plaintiff's Complaint.

20. Defendants deny the allegations contained in Paragraph 20 of Plaintiff's Complaint.

21. Defendants deny the allegations contained in Paragraph 21 of Plaintiff's Complaint.

22. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 22 of Plaintiff's Complaint.

## FACTUAL ALLEGATIONS

23. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendants state that Paragraph 24 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 24 of Plaintiff's Complaint.

25. Defendants state that Paragraph 25 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 25 of Plaintiff's Complaint.

26. Defendants state that Paragraph 26 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 26 of Plaintiff's Complaint.

27. Defendants deny the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. Defendants deny the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. Defendants deny the allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. Defendants deny the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. Defendants deny the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. Defendants deny the allegations contained in Paragraph 32 of Plaintiff's Complaint.

33. Defendants deny the allegations contained in Paragraph 33 of Plaintiff's Complaint.

33. [sic] Defendants deny the allegations contained in Paragraph 33 of Plaintiff's Complaint.

34. Defendants deny the allegations contained in Paragraph 34 of Plaintiff's Complaint.

35. Defendants deny the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. Defendants deny the existence of an incident as alleged in Paragraph 35 of Plaintiff's Complaint.

38. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. Defendants deny the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. Defendants deny the allegations contained in Paragraph 41 of Plaintiff's Complaint.

42. Defendants deny the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. Defendants deny the existence of an incident as alleged in Paragraph 43 of Plaintiff's Complaint.

44. Defendants deny the allegations contained in Paragraph 44 of Plaintiff's Complaint.

45. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. Defendants deny the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. Defendants deny the allegations contained in Paragraph 47 of Plaintiff's Complaint.

48. Defendants deny the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 50 of Plaintiff's Complaint.

51. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. Defendants deny the allegations contained in Paragraph 53 of Plaintiff's Complaint.

54. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 56 of Plaintiff's Complaint.

57. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58. Defendants admit that no administrative agency determined that any wrongdoing occurred.

59. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 59 of Plaintiff's Complaint.

60. Defendants deny the allegations contained in Paragraph 60 of Plaintiff's Complaint.

61. Defendants deny the allegations contained in Paragraph 61 of Plaintiff's Complaint.

62. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 62 of Plaintiff's Complaint.

63. Defendants deny the allegations contained in Paragraph 63 of Plaintiff's Complaint.

64. Defendants state that Paragraph 64 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 64 of Plaintiff's Complaint.

65. Defendants state that Paragraph 65 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 65 of Plaintiff's Complaint.

66. Defendants deny the allegations contained in Paragraph 66 of Plaintiff's Complaint.

67. Defendants deny the allegations contained in Paragraph 67 of Plaintiff's Complaint.

68. Defendants deny the allegations contained in Paragraph 68 of Plaintiff's Complaint.

69. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 69 of Plaintiff's Complaint.

70. Defendants deny the allegations contained in Paragraph 70 of Plaintiff's Complaint.

71. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 71 of Plaintiff's Complaint.

72. Defendants deny the allegations contained in Paragraph 72 of Plaintiff's Complaint.

73. Defendants deny the allegations contained in Paragraph 73 of Plaintiff's Complaint.

74. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

75. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

76. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 76 of Plaintiff's Complaint.

77. Defendants deny the allegations contained in Paragraph 77 of Plaintiff's Complaint.

78. Defendants deny the allegations contained in Paragraph 78 of Plaintiff's Complaint.

79. Defendants deny the allegations contained in Paragraph 79 of Plaintiff's Complaint.

80. Defendants deny the allegations contained in Paragraph 80 of Plaintiff's Complaint.

81. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 81 of Plaintiff's Complaint.

82. Defendants deny the allegations contained in Paragraph 82 of Plaintiff's Complaint.

83. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 83 of Plaintiff's Complaint.

84. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 84 of Plaintiff's Complaint.

85. Defendants deny the allegations contained in Paragraph 85 of Plaintiff's Complaint.

86. Defendants deny the existence of the incident as alleged in Paragraph 86 of Plaintiff's Complaint.

87. Defendants deny the allegations contained in Paragraph 87 of Plaintiff's Complaint.

88. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

89. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

90. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

91. Defendants deny the existence of any conduct alleged in Paragraph 91 of Plaintiff's Complaint.

92. Defendants deny Plaintiff's characterization of any communications and further state that any such communications are the best evidence of their contents.

93. In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 93 of Plaintiff's Complaint.

94.	Defendants deny the allegations contained in Paragraph 94 of Plaintiff's Complaint.

95.	Defendants deny the allegations contained in Paragraph 95 of Plaintiff's Complaint.

96.	In accordance with Rule 8(b)(5), Defendants state that they are without sufficient information to either admit or deny the allegations contained in Paragraph 96 of Plaintiff's Complaint.

97.	Defendants deny the allegations contained in Paragraph 97 of Plaintiff's Complaint.

98.	Defendants deny the allegations contained in Paragraph 98 of Plaintiff's Complaint.

99.	Defendants deny the allegations contained in Paragraph 99 of Plaintiff's Complaint.

100.	Defendants deny the allegations contained in Paragraph 100 of Plaintiff's Complaint.

101.	Defendants deny the allegations contained in Paragraph 101 of Plaintiff's Complaint.

102.	Defendants deny the allegations contained in Paragraph 102 of Plaintiff's Complaint.

103.	Defendants deny the allegations contained in Paragraph 103 of Plaintiff's Complaint.

## COUNT I

104.	Defendants incorporate their responses to Paragraphs 1 – 103 of Plaintiff's Complaint as if gully stated herein.

105.	Defendants state that Paragraph 105 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 105 of Plaintiff's Complaint.

105. [sic]     Defendants deny the allegations contained in Paragraph 105 of Plaintiff's Complaint.

106.     Defendants deny the allegations contained in Paragraph 106 of Plaintiff's Complaint.

107.     Defendants deny the allegations contained in Paragraph 107 of Plaintiff's Complaint.

108.     Defendants deny the allegations contained in Paragraph 108 of Plaintiff's Complaint.

109.     Defendants deny the allegations contained in Paragraph 109 of Plaintiff's Complaint.

110.     Defendants deny the allegations contained in Paragraph 110 of Plaintiff's Complaint.

111.     Defendants deny the allegations contained in Paragraph 111 of Plaintiff's Complaint.

112.     Defendants deny the allegations contained in Paragraph 112 of Plaintiff's Complaint.

## COUNT II

113.     Defendants incorporate their responses to Paragraphs 1 – 113 of Plaintiff's Complaint as if gully stated herein.

114.     Defendants state that Paragraph 114 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants.  To the extent any further response is required, Defendants deny the allegations contained in Paragraph 114 of Plaintiff's Complaint.

115. Defendants deny the allegations contained in Paragraph 115 of Plaintiff's Complaint.

116. Defendants deny the allegations contained in Paragraph 116 of Plaintiff's Complaint.

117. Defendants state that Paragraph 117 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 117 of Plaintiff's Complaint.

118. Defendants deny the allegations contained in Paragraph 118 of Plaintiff's Complaint.

## <u>COUNT III</u>

119. Defendants incorporate their responses to Paragraphs 1 – 118 of Plaintiff's Complaint as if gully stated herein.

120. Defendants state that Paragraph 120 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 120 of Plaintiff's Complaint.

121. Defendants state that Paragraph 121 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 121 of Plaintiff's Complaint.

122. Defendants deny the allegations contained in Paragraph 122 of Plaintiff's Complaint.

123. Defendants deny the allegations contained in Paragraph 123 of Plaintiff's Complaint.

124. Defendants state that Paragraph 124 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 124 of Plaintiff's Complaint.

125. Defendants deny the allegations contained in Paragraph 125 of Plaintiff's Complaint.

**<u>COUNT IV</u>**

126. Defendants incorporate their responses to Paragraphs 1 – 125 of Plaintiff's Complaint as if gully stated herein.

127. Defendants state that Paragraph 127 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 127 of Plaintiff's Complaint.

128. Defendants state that Paragraph 128 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 128 of Plaintiff's Complaint.

129. Defendants deny the allegations contained in Paragraph 129 of Plaintiff's Complaint.

130. Defendants deny the allegations contained in Paragraph 130 of Plaintiff's Complaint.

131. Defendants deny the allegations contained in Paragraph 131 of Plaintiff's Complaint.

132. Defendants deny the allegations contained in Paragraph 132 of Plaintiff's Complaint.

133. Defendants deny the allegations contained in Paragraph 133 of Plaintiff's Complaint.

134. Defendants deny the allegations contained in Paragraph 134 of Plaintiff's Complaint.

135. Defendants deny the allegations contained in Paragraph 135 of Plaintiff's Complaint.

<strong><u>COUNT V</u></strong>

136. Defendants incorporate their responses to Paragraphs 1 – 135 of Plaintiff's Complaint as if gully stated herein.

137. Defendants deny the allegations contained in Paragraph 137 of Plaintiff's Complaint.

138. Defendants deny the allegations contained in Paragraph 138 of Plaintiff's Complaint.

139. Defendants deny the allegations contained in Paragraph 139 of Plaintiff's Complaint.

140. Defendants deny the allegations contained in Paragraph 140 of Plaintiff's Complaint.

141. Defendants deny the allegations contained in Paragraph 141 of Plaintiff's Complaint.

142. Defendants deny the allegations contained in Paragraph 142 of Plaintiff's Complaint.

143. Defendants deny the allegations contained in Paragraph 143 of Plaintiff's Complaint.

144.	Defendants deny the allegations contained in Paragraph 144 of Plaintiff's Complaint.

## COUNT VI

145.	Defendants incorporate their responses to Paragraphs 1 – 144 of Plaintiff's Complaint as if gully stated herein.

146.	Defendants deny the allegations contained in Paragraph 146 of Plaintiff's Complaint.

147.	Defendants deny the allegations contained in Paragraph 147 of Plaintiff's Complaint.

148.	Defendants deny the allegations contained in Paragraph 148 of Plaintiff's Complaint.

149.	Defendants deny the allegations contained in Paragraph 149 of Plaintiff's Complaint.

150.	Defendants deny the allegations contained in Paragraph 150 of Plaintiff's Complaint.

151.	Defendants deny the allegations contained in Paragraph 151 of Plaintiff's Complaint.

152.	Defendants deny the allegations contained in Paragraph 152 of Plaintiff's Complaint.

153.	Defendants deny the allegations contained in Paragraph 153 of Plaintiff's Complaint.

## COUNT VII

154. Defendants incorporate their responses to Paragraphs 1 – 153 of Plaintiff's Complaint as if gully stated herein.

155. Defendants state that Paragraph 155 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 155 of Plaintiff's Complaint.

156. Defendants deny the allegations contained in Paragraph 156 of Plaintiff's Complaint.

157. Defendants deny the allegations contained in Paragraph 157 of Plaintiff's Complaint.

158. Defendants deny the allegations contained in Paragraph 158 of Plaintiff's Complaint.

159. Defendants deny the allegations contained in Paragraph 159 of Plaintiff's Complaint.

160. Defendants deny the allegations contained in Paragraph 160 of Plaintiff's Complaint.

## COUNT VIII

161. Defendants incorporate their responses to Paragraphs 1 – 160 of Plaintiff's Complaint as if gully stated herein.

162. Defendants state that Paragraph 162 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 162 of Plaintiff's Complaint.

163. Defendants state that Paragraph 163 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 163 of Plaintiff's Complaint.

164. Defendants state that Paragraph 164 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 164 of Plaintiff's Complaint.

165. Defendants state that Paragraph 165 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 165 of Plaintiff's Complaint.

166. Defendants deny the allegations contained in Paragraph 166 of Plaintiff's Complaint.

167. Defendants deny the allegations contained in Paragraph 167 of Plaintiff's Complaint.

168. Defendants deny the allegations contained in Paragraph 168 of Plaintiff's Complaint.

169. Defendants deny the allegations contained in Paragraph 169 of Plaintiff's Complaint.

170. Defendants deny the allegations contained in Paragraph 170 of Plaintiff's Complaint.

171. Defendants deny the allegations contained in Paragraph 171 of Plaintiff's Complaint.

172. Defendants deny the allegations contained in Paragraph 172 of Plaintiff's Complaint.

173. Defendants deny the allegations contained in Paragraph 173 of Plaintiff's Complaint.

## COUNT IX

174. Defendants incorporate their responses to Paragraphs 1 – 173 of Plaintiff's Complaint as if gully stated herein.

175. Defendants state that Paragraph 175 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 175 of Plaintiff's Complaint.

176. Defendants state that Paragraph 176 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 176 of Plaintiff's Complaint.

177. Defendants state that Paragraph 177 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 177 of Plaintiff's Complaint.

178. Defendants deny the allegations contained in Paragraph 178 of Plaintiff's Complaint.

179. Defendants deny the allegations contained in Paragraph 179 of Plaintiff's Complaint.

180. Defendants deny the allegations contained in Paragraph 180 of Plaintiff's Complaint.

181. Defendants deny the allegations contained in Paragraph 181 of Plaintiff's Complaint.

**COUNT X**

182. Defendants incorporate their responses to Paragraphs 1 – 181 of Plaintiff's Complaint as if gully stated herein.

183. Defendants state that Paragraph 183 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 183 of Plaintiff's Complaint.

184. Defendants deny the allegations contained in Paragraph 184 of Plaintiff's Complaint.

185. Defendants deny the allegations contained in Paragraph 185 of Plaintiff's Complaint.

186. Defendants deny the allegations contained in Paragraph 186 of Plaintiff's Complaint.

187. Defendants deny the allegations contained in Paragraph 187 of Plaintiff's Complaint.

188. Defendants deny the allegations contained in Paragraph 188 of Plaintiff's Complaint.

**COUNT XI**

189. Defendants incorporate their responses to Paragraphs 1 – 188 of Plaintiff's Complaint as if gully stated herein.

190. Defendants state that Paragraph 190 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 190 of Plaintiff's Complaint.

191. Defendants deny the allegations contained in Paragraph 191 of Plaintiff's Complaint.

192. Defendants deny the allegations contained in Paragraph 192 of Plaintiff's Complaint.

193. Defendants deny the allegations contained in Paragraph 193 of Plaintiff's Complaint.

194. Defendants deny the allegations contained in Paragraph 194 of Plaintiff's Complaint.

195. Defendants deny the allegations contained in Paragraph 195 of Plaintiff's Complaint.

195 [sic]. Defendants deny the allegations contained in Paragraph 195 of Plaintiff's Complaint.

196. Defendants deny the allegations contained in Paragraph 196 of Plaintiff's Complaint.

197. Defendants deny the allegations contained in Paragraph 197 of Plaintiff's Complaint.

198. Defendants deny the allegations contained in Paragraph 198 of Plaintiff's Complaint.

199. Defendants deny the allegations contained in Paragraph 199 of Plaintiff's Complaint.

200. Defendants state that Paragraph 200 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 200 of Plaintiff's Complaint.

201. Defendants deny the allegations contained in Paragraph 201 of Plaintiff's Complaint.

202. Defendants deny the allegations contained in Paragraph 202 of Plaintiff's Complaint.

203. Defendants deny the allegations contained in Paragraph 203 of Plaintiff's Complaint.

204. Defendants state that Paragraph 204 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 204 of Plaintiff's Complaint.

205. Defendants deny the allegations contained in Paragraph 205 of Plaintiff's Complaint.

206. Defendants deny the allegations contained in Paragraph 206 of Plaintiff's Complaint.

207. Defendants deny the allegations contained in Paragraph 207 of Plaintiff's Complaint.

208. Defendants deny the allegations contained in Paragraph 208 of Plaintiff's Complaint.

209. Defendants deny the allegations contained in Paragraph 209 of Plaintiff's Complaint.

## **COUNT XII**

210. Defendants incorporate their responses to Paragraphs 1 – 209 of Plaintiff's Complaint as if gully stated herein.

211. Defendants state that Paragraph 211 of Plaintiff's Complaint consists of legal conclusions to which no response is required by Defendants. To the extent any further response is required, Defendants deny the allegations contained in Paragraph 211 of Plaintiff's Complaint.

212. Defendants deny the allegations contained in Paragraph 212 of Plaintiff's Complaint.

213. Defendants deny the allegations contained in Paragraph 213 of Plaintiff's Complaint.

214. Defendants deny the allegations contained in Paragraph 214 of Plaintiff's Complaint.

215. Defendants deny the allegations contained in Paragraph 215 of Plaintiff's Complaint.

216. Defendants deny the allegations contained in Paragraph 216 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to allege sufficient facts to state a claim against Defendants under any of the theories against her. Plaintiff's pleading of his claims is vague, conclusory, of a nature seeking to hold Defendants accountable for the actions or inactions of others for which they are not responsible, and without sufficient facts to state a claim or have a reasonable likelihood of success on the merits.

2. The Complaint fails to allege sufficient facts to state a claim against Defendants upon which relief can be granted in Counts I-XII.

3. Defendants specifically denies the allegations made in the Complaint, but any actions by Defendants were discretionary in nature and taken in good faith and Defendants

therefore protected from liability by the doctrine of qualified immunity. Defendants are otherwise protected from liability and suit under the doctrines of qualified, absolute, judicial, and/or official immunity.

4. Defendants specifically deny the existence of any causal connection between Plaintiff's alleged damages and the action or inaction attributed to Defendants, as alleged by Plaintiff in the Complaint. Defendants are protected from liability pursuant to the public duty doctrine because they were performing a governmental function to benefit the public. Plaintiff failed to state a claim for exemplary damages against Defendants because Plaintiff has not pleaded facts that demonstrate by clear and convincing evidence that they engaged in outrageous conduct based upon an evil motive or reckless indifference to the rights of Plaintiff.

5. The negligence and non-compliance with rules, policies, protocols, procedures, requests, and directives exhibited by Plaintiff during the events in question contributed to or exclusively caused the injuries and damages alleged.

6. Plaintiff, by his own conduct, provoked or consented to any alleged acts or omissions by Defendants by refusing lawful instructions and refusing to comply.

7. Plaintiff's claims are barred by the applicable statutes of limitations.

8. The Complaint meets the standard of being frivolous within the meaning of 28 U.S.C. § 1915(d) because Plaintiff has no reasonable likelihood of success on the merits. All defenses available under 42 U.S.C. § 1983 are herein invoked. Defendants cannot be held liable under a theory of respondeat superior.

9. Defendants did not violate the United States Constitution or any statutory right held by Plaintiff in their actions or inactions during the relevant events.

10.     The negligence, fault, conduct, behavior, acts of Plaintiff or one or more persons or entities over which Defendants had no control or right to control caused the injuries alleged herein, and the fault of these persons or entities should be compared and any damages be reduced or apportioned in accordance with Missouri law.  An allocation of fault pursuant to RSMo. § 537.067 should be made if Defendants are found to bear less than 51% fault.  All limitations or protections in Missouri law available to Defendants pursuant to RSMo. § 537.067 are invoked.

11.     Each Government Official is only liable for his or her own alleged misconduct (which is expressly denied herein).  Plaintiff fails to identify specific conduct attributable to Defendants and their allegations are speculative.

12.     Plaintiff alleges that multiple actors may be liable for their damages.  If a Defendant or other Party makes a settlement with Plaintiff, or if Plaintiff receive anything of value from such a Party, individual, or entity, the amount of such payment or consideration should be treated as a payment in full satisfaction of the damages of Plaintiff or, in the alternative, that the amount of payment or consideration should be set off or off set against any judgment that may be entered against Defendants.  Defendants may claim reliance upon RSMo. § 537.060, such that Defendants are entitled to a reduction in the amount of money from any verdict of any agreements and/or settlements with any Defendant herein, whether previously a Defendant, or currently a Defendant, including but not limited to any Party who has settled, or may in the future settle with Plaintiff, and Defendants are entitled to a reduction of the claim or verdict against them by the stipulated amount of the agreement, or by the amount of consideration paid, whichever is greater.

13.     Pleading hypothetically and in the alternative, the sole and proximate cause of the alleged damages of and harm to Plaintiff, if any, were the intervening acts or omissions of persons or entities other than Defendants over whom Defendants has no control, including without

limitation the negligence, fault, conduct and behavior of Plaintiff. Defendants committed no act that proximately caused Plaintiff to suffer any damages. Fault should be compared and reduced/apportioned under governing comparative fault law.

14. Plaintiff failed to plead allegations of fraud with the required specificity under Missouri law.

15. The Complaint fails to set forth special damages, or allegations, with sufficient specificity or certainty. Any verdict rendered in this case for future damages must be itemized and expressed by the trier of fact at present value pursuant to RSMo. § 538.215.2. In the event non-economic damages are awarded to Plaintiff, the limitation on non-economic damages (damage caps) provided under RSMo. § 538.210 or other applicable statute shall be applied, and in accordance with RSMo. § 538.215, or said statute, any award of non-economic damages in excess of the limit shall be reduced by the Court to the maximum amount allowed by law.

16. RSMo. § 538.300 prohibits pre-judgment and post-judgment interest in the circumstances herein, and Plaintiff's prayer for such relief should therefore be stricken.

17. Pursuant to RSMo. § 490.715, the actual amount necessary to satisfy the financial obligation to a health care provider represents the value of the medical treatment rendered.

18. Plaintiff has failed to allege facts sufficient to give rise to a claim for punitive damages against Defendants.

19. An award of punitive damages deprives Defendants of property without due process of law in violation of their rights under federal and/or state constitutions, and the standard for determining whether to impose punitive damages is vague and indefinite, does not provide adequate guidance to the trier of fact, and fails to require proof of an appropriate standard.

20. Regarding the events described in the Complaint, Defendants never employed conduct or failed to employ conduct in a manner that was intentional, willful, wanton, or malicious, and never showed a complete indifference to or a conscious disregard of any rights, such that Defendants would be liable for punitive damages.

21. Plaintiff's claim for punitive damages, if granted in the amount pled or any other amount, would be grossly excessive and would violate the Due Process Clause of the Fourteenth Amendment to the U.S. Constitution and the Missouri Constitution.

22. Defendants have not received fair notice that they could be subject to substantial punitive damages in this state for the conduct alleged.

23. Plaintiff seeks punitive damages greatly disproportionate to any actual damages and far exceed any civil or criminal sanctions that could be imposed as similar alleged misconduct. His claims for punitive damages serve no compensatory function and will have no deterrent effect.

24. Plaintiff's claim for punitive damages would violate the Eighth Amendment to the U.S. Constitution and the Missouri Constitution because it seeks to impose an excessive fine on Defendants, is penal in nature, and seeks to punish Defendants using vague standards.

25. Plaintiff's claim for punitive damages would violate the Equal Protection Clause to the Fourteenth Amendment to the U.S. Constitution and the Missouri Constitution because different amounts can be awarded against two or more Defendants for the same or similar act or conduct.

26. Plaintiff's claim for punitive damages violates the Due Process clause of the Fifth and Fourteenth Amendments to the U.S. Constitution and the Missouri Constitution because it seeks to punish Defendants based on unconstitutionally vague standards.

27.     Plaintiff's claim for punitive damages would violate the Fifth Amendment to the U.S. Constitution and the Missouri Constitution because it would expose Defendants to multiple punishments and fines for the same conduct.

28.     Plaintiff's claim for punitive damages violates the Due Process clause of the Fifth and Fourteenth Amendments to the United States Constitution and the Missouri Constitution in the absence of an order bifurcating that claim from the issue of liability.

29.     Any award of punitive damages in this case would violate the Separation of Powers Doctrine since this Court and the jury would be usurping the exclusive power of the legislature to define crimes and establish punishment.

30.     To the extent Plaintiff seek punitive damages based at least in part on harm done to persons or entities other than Plaintiff himself, such an award would violate the due process provisions of the Fifth and Fourteenth Amendments to the United States Constitution and their equivalent in the Missouri Constitution.

31.     Defendants reserve the right to amend, modify, or supplement their defenses as discovery in this matter proceeds.

Respectfully submitted,

*/s/ Michael D. Cerulo*
Michael D. Cerulo #57536
Matthew Victorio #72177
BATY OTTO SCHEER PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO   63105
Telephone:      314-863-6274
Facsimile:      314-863-6407
mcerulo@batyotto.com
mivctorio@batyotto.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, I caused a copy of the foregoing document to be sent to all counsel of record via this Court's CM/ECF system.

*/s/ Michael D. Cerulo*