# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

LESLIE DENNIS MANNON,

      Plaintiff,

vs.

LACLEDE COUNTY, MISSOURI, et al.

      Defendants.

Case No. 6:26-cv-03197-BCW

## PLAINTIFF'S NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT (DOC. 7) AND SUGGESTION THAT THE MOTION BE GRANTED AS UNOPPOSED UNDER LOCAL RULE 7.0(c)(2)

Plaintiff Leslie Dennis Mannon, proceeding pro se, respectfully gives notice as follows.

1.      On May 1, 2026, Plaintiff submitted, and on May 4, 2026 the Clerk docketed, Plaintiff's Motion for Leave to File First Amended Complaint, accompanying Suggestions in Support, and the proposed First Amended Complaint as Exhibit A (Doc. 7).

2.      Local Rule 7.0(c)(2) requires that opposing Suggestions be filed within fourteen days from the time the motion is filed. The fourteen-day period for Doc. 7 expired on May 15, 2026. As of the date of this Notice, the docket reflects no Suggestions in Opposition or other responsive filing to Doc. 7 by any Defendant.

3.      Federal Rule of Civil Procedure 15(a)(2) directs that the Court "should freely give leave when justice so requires."

WHEREFORE, Plaintiff respectfully suggests that the Court grant Plaintiff's Motion for Leave to File First Amended Complaint (Doc. 7) as unopposed.

Respectfully submitted,

Date: May 26, 2026

*Leslie Dennis Mannon*

LESLIE DENNIS MANNON
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth above, a true and correct copy of the foregoing

Notice was filed with the Clerk of Court via the W.D. Mo. Electronic Document Submission

System (EDSS), which will cause electronic service via the Court's CM/ECF system on all

counsel of record, including:

> Michael D. Cerulo, #57536
> Matthew Victorio, #72177
> Baty Otto Scheer PC
> 7777 Bonhomme Ave., Suite 2150
> St. Louis, Missouri 63105
> mcerulo@batyotto.com
> mivctorio@batyotto.com
> Counsel for Defendants

*Leslie Dennis Mannon*

LESLIE DENNIS MANNON, Pro Se