**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

LESLIE DENNIS MANNON,

Plaintiff,

vs.

LACLEDE COUNTY, MO, et al.

Defendants.

Case No. 6:26-cv-03197-BCW

## DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE

COME NOW Defendants Laclede County, Missouri, Linda Cansler, Amy Folsom, and Larita Pope ("Defendants"), by and through the undersigned counsel, and for their Motion to Continue the July 1, 2026 Status Conference, state the following:

1.     The Court initially scheduled this matter for a status conference on June 30, 2026.

2.     On June 16, 2026, the Court cancelled the June 30, 2026 status conference.  The Court subsequently rescheduled the status conference for July 1, 2026.

3.     Counsel for Defendants has a personal family matter scheduled for July 1, 2026 outside the Western District of Missouri.  Although counsel for Defendants attempted to change the date of his family event, he was unable to do so.

4.     Accordingly, Defendants request that the status conference scheduled for July 1, 2026 be continued to a future date so that their counsel may attend the in-person conference.

5.     It is Defendants' understanding that the Court prefers to conduct status conferences on Wednesdays.  Counsel for Defendants is presently available July 22, 2026.  Counsel for Defendants is also available July 9-10, July 16-17, July 24, and July 31.

WHEREFORE, Defendants respectfully request that the status conference scheduled for July 1, 2026 be continued to a future date and for such further relief as the Court deems appropriate under the circumstances.

Respectfully submitted,

*/s/ Michael D. Cerulo*
Michael D. Cerulo #57536
Matthew Victorio #72177
BATY OTTO SCHEER PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO   63105
Telephone:     314-863-6274
Facsimile:     314-863-6407
mcerulo@batyotto.com
mivctorio@batyotto.com
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, I caused a copy of the foregoing document to be sent to all counsel of record via this Court's CM/ECF system and via email to the following:

Leslie Dennis Mannon
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

*/s/ Michael D. Cerulo*