**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF MISSOURI**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON,**<br><br>Plaintiff,<br><br>v.<br><br>**COUNTY OF LACLEDE, MISSOURI; LINDA CANSLER, individually and in her official capacity as Laclede County Clerk; AMY FOLSOM, individually and in her official capacity as Laclede County Prosecuting Attorney; and LARITA POPE, individually,**<br><br>Defendants. | ) | Civil Action No. 6:26-cv-03197-MBB |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO CONTINUE STATUS CONFERENCE**

Plaintiff Leslie Dennis Mannon, proceeding pro se, respectfully opposes Defendants' Motion to Continue the July 1, 2026 Status Conference (the "Motion"). Defendants have not established good cause for a continuance, co-counsel of record is available to appear in lead counsel's place, and further delay prejudices Plaintiff. The Court should deny the Motion or, at minimum, schedule any continued conference for the earliest practicable date.

## I. BACKGROUND

1. The Court scheduled a Rule 16(b) scheduling conference for July 1, 2026 at 9:30 a.m. in Springfield, Missouri.

2. Defendants filed the Motion on June 23, 2026, citing a "personal family matter" that counsel for Defendants has scheduled outside the Western District of Missouri. The Motion represents that Mr. Cerulo is available on July 9–10, July 16–17, July 22, July 24, and July 31, 2026.

3. Defendants are represented by two attorneys of record: Michael D. Cerulo (#57536) and Matthew Victorio (#72177) of Baty Otto Scheer PC. Both are listed on the Motion and have appeared in this action.

## II. ARGUMENT

### A. Co-Counsel Victorio Is Available and Can Appear

A Rule 16 scheduling conference does not require the personal attendance of lead counsel. Defendants are represented by two attorneys. Matthew Victorio, who signed the Motion alongside Mr. Cerulo, is counsel of record and has appeared in this action. The Motion does not claim that Mr. Victorio has a conflicting obligation on July 1 or that he is unavailable to attend. Notably, the Motion confirms that Mr. Cerulo himself is available as early as July 9, meaning the scheduling conflict is isolated to July 1 alone. If co-counsel attends on July 1, no continuance is necessary at all.

Where co-counsel is available and the proceeding does not require specialized substantive preparation that only lead counsel possesses, there is no basis for a continuance grounded in lead counsel's personal unavailability. The proper course here is for Mr. Victorio to appear on July 1.

### B. A Vague "Personal Family Matter" Is Not Good Cause

FRCP 16(b)(4) permits modification of a scheduling order only for "good cause." While a scheduling conference is not itself governed by a scheduling order, the same principle applies: an

unspecified personal obligation does not constitute good cause for delay, particularly where the movant has made no showing that the obligation cannot be accommodated through co-counsel.

The Motion identifies no specifics: no type of family event, no location beyond "outside the Western District of Missouri," no explanation of why the event cannot be rescheduled by even a day or two, and no showing that Mr. Victorio is somehow unequal to the task. A vague, unsupported assertion of personal unavailability, with no detail and no showing that co-counsel cannot fill the gap, does not constitute good cause under any standard.

**C. This Is a Scheduling Conference: No Special Expertise Required**

A Rule 16(b) scheduling conference exists to set case management deadlines. The parties have already submitted their scheduling positions in the joint proposed scheduling order. The Court need only resolve the limited disputes identified therein; discovery cutoff, deposition limits, expert designation deadlines, ESI protocol, and protective order. No witness testimony will be presented, no substantive legal arguments are required, and any competent attorney from Baty Otto Scheer PC can represent Defendants' positions on those scheduling disputes. There is no basis for treating this as a hearing that requires Mr. Cerulo's personal attendance.

**D. Further Delay Prejudices Plaintiff**

Plaintiff is a pro se litigant pursuing civil rights claims arising from events that occurred on October 31, 2024. Discovery has been open since June 14, 2026. Every day without a scheduling order is a day that discovery proceeds without structure, without confirmed deposition limits, without a firm deadline by which Defendants must answer the First Amended Complaint, and without clarity on the expert designation timeline that Plaintiff needs to begin preparing.

Defendants' proposed alternatives extend as far as July 31, 2026, a full month from the currently scheduled conference. Plaintiff will suffer real prejudice from that delay.

## III. ALTERNATIVE RELIEF

Should the Court determine that some accommodation for Mr. Cerulo's schedule is appropriate, Plaintiff respectfully requests the following alternative relief:

(a) Schedule any continued conference for July 9 or July 10, 2026, dates Mr. Cerulo himself identified as available in the Motion, rather than the later dates Defendants propose as their preference;

(b) Permit telephonic or video appearance for either party, so that any scheduling conflict can be accommodated without delaying the conference by weeks; and

(c) Order that any continuance of the conference does not extend the July 7, 2026 deadline for Defendants to answer or otherwise respond to the First Amended Complaint.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court deny Defendants' Motion to Continue the July 1, 2026 Status Conference. Defendants have not established good cause and have co-counsel available who can appear on July 1. In the alternative, Plaintiff requests the limited relief described above, including that any continuance not extend the July 7, 2026 deadline for Defendants to answer or otherwise respond to the First Amended Complaint.

Respectfully submitted,

/s/ Leslie Dennis Mannon

LESLIE DENNIS MANNON
Plaintiff, Pro Se

25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com
**PLAINTIFF, PRO SE**

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2026, a true and correct copy of the foregoing Plaintiff's Opposition to Defendants' Motion to Continue Status Conference was served upon Defendants' counsel via email at the following addresses:

Michael D. Cerulo, #57536
Matthew Victorio, #72177
Baty Otto Scheer PC
7777 Bonhomme Ave., Suite 2150
St. Louis, Missouri 63105
mcerulo@batyotto.com
mvictorio@batyotto.com
Counsel for Defendants

/s/ Leslie Dennis Mannon
LESLIE DENNIS MANNON