**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

## PLAINTIFF'S STATEMENT OF AVAILABILITY FOR RESCHEDULED STATUS CONFERENCE

COMES NOW Plaintiff Leslie Dennis Mannon, proceeding pro se, and pursuant to the Court's June 24, 2026 Text Order (Doc. 18), submits his availability for the rescheduled Status Conference.

1. Plaintiff is available on all of the following Wednesdays in July and August 2026:

   Wednesday, July 8, 2026 — available all day
   Wednesday, July 15, 2026 — available all day
   Wednesday, July 22, 2026 — available all day
   Wednesday, July 29, 2026 — available all day
   Wednesday, August 5, 2026 — available all day
   Wednesday, August 12, 2026 — available all day
   Wednesday, August 19, 2026 — available all day
   Wednesday, August 26, 2026 — available all day

2. Plaintiff is prepared to appear at any time convenient to the Court on any of the dates listed above at the Springfield Courthouse, 222 N. John Q. Hammons Pkwy, Springfield, Missouri 65806.

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Pro Se Plaintiff
25641 Ortega Drive
Lebanon, MO 65536
573-703-3727
dmansr@gmail.com

Dated: June 24, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2026, I filed the foregoing with the Clerk of Court using the Court's Electronic Document Submission System (EDSS). The Clerk will send notice of filing to counsel of record for all defendants:

Michael D. Cerulo — mcerulo@batyotto.com
Matthew Victorio — mvictorio@batyotto.com
Baty Otto Coronado Scheer PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO 63105

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon