**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**<u>DEFENDANTS' RESPONSE TO THE COURT'S CONTINUANCE ORDER</u>**

COME NOW Defendants Laclede County, Missouri, Linda Cansler, Amy Folsom, and Larita Pope ("Defendants"), by and through the undersigned counsel, and for their Response to the Court's Continuance Order of June 24, 2026 [Doc. 20], state that counsel for Defendants is available on the following dates for a status conference:

July 22, 2026 (all day)

August 5, 2026 (all day)

August 19, 2026 (all day)

August 26, 2026 (all day)

Respectfully submitted,

*<u>/s/ Michael D. Cerulo</u>*
Michael D. Cerulo #57536
Matthew Victorio #72177
BATY OTTO SCHEER PC
7777 Bonhomme Ave., Suite 2150
St. Louis, MO 63105
Telephone: 314-863-6274
Facsimile: 314-863-6407
mcerulo@batyotto.com
mivctorio@batyotto.com
**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2026, I caused a copy of the foregoing document to be sent to all counsel of record via this Court's CM/ECF system and via electronic mail to Plaintiff.

*/s/ Michael D. Cerulo*