**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Pursuant to Local Rule 26.3(b), Plaintiff Leslie Dennis Mannon certifies that he served Plaintiff's First Supplemental Rule 26(a)(1) Disclosures, together with the document Bates-numbered MANNON_000001, on counsel of record for all Defendants, Michael D. Cerulo and Matthew A. Victorio, Baty Otto Coronado Scheer PC, on October 10, 2026, by electronic mail to mcerulo@batyotto.com and mvictorio@batyotto.com, and on October 12, 2026, by first-class United States Mail, postage prepaid, to Baty Otto Coronado Scheer PC, 7777 Bonhomme Ave., Suite 2150, St. Louis, Missouri 63105 (Fed. R. Civ. P. 5(b)(2)(C) and (E)).

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

Dated: October 12, 2026