**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S DISCOVERY DOCUMENTS**

Pursuant to Local Rule 26.3(b), Plaintiff Leslie Dennis Mannon certifies that he served the discovery documents listed below. Each was served on all Defendants through their counsel of record, Michael D. Cerulo and Matthew A. Victorio, Baty Otto Scheer PC, 7777 Bonhomme Ave., Suite 2150, St. Louis, Missouri 63105, by electronic mail to mcerulo@batyotto.com and mvictorio@batyotto.com (Fed. R. Civ. P. 5(b)(2)(E)), and, where stated, also by first-class United States Mail, postage prepaid, to the same address (Fed. R. Civ. P. 5(b)(2)(C)).

1. Plaintiff's Rule 26(a)(1) Initial Disclosures, served on May 26, 2026, by electronic mail and first-class United States Mail.

2. Plaintiff's First Interrogatories, First Requests for Production of Documents, and First Requests for Admission to each of Defendants County of Laclede, Missouri, Linda Cansler, Amy Folsom, and LaRita Pope (twelve sets in all), served on July 2, 2026, by electronic mail and first-class United States Mail.

3. Notice of Subpoena to a Non-Party, with a copy of the subpoena to produce documents (Form AO 88B) directed to the Laclede County Sheriff's Office, served on Defendants under

Fed. R. Civ. P. 45(a)(4) on July 17, 2026, by electronic mail, and re-sent on July 20, 2026. The Laclede County Sheriff's Office responded to the subpoena in writing on July 27, 2026.

4. Notice of Subpoena to a Non-Party, with a copy of the subpoena to produce documents (Form AO 88B) directed to Nicholas La Strada, served on Defendants under Fed. R. Civ. P. 45(a)(4) on October 20, 2026, by electronic mail. The subpoena was then served on Mr. La Strada on October 20, 2026, by electronic mail to his counsel, Erin N. Vernon and Kevin Baldwin, Baldwin & Vernon Trial Attorneys, LLC, at the addresses Ms. Vernon designated in writing on October 2, 2026 when she stated that the firm may accept service for Mr. La Strada, with a copy by first-class United States Mail to counsel.

5. Notices of Subpoena to a Non-Party, with copies of the subpoenas to produce documents (Form AO 88B) directed to Electronic Solutions of Lebanon, LLC and to the Missouri Secretary of State's Office, Elections Division, served on Defendants under Fed. R. Civ. P. 45(a)(4) on October 20, 2026, by electronic mail. The subpoena to Electronic Solutions of Lebanon, LLC was then served on October 21, 2026, by electronic mail to Sean Clearbrook at sean@alarmz.net, after Mr. Clearbrook replied in writing that morning, "Just email your document." Service of the subpoena on the Secretary of State's Office will be certified separately.

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

Dated: October 21, 2026