**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**PLAINTIFF'S MOTION FOR LEAVE TO DESIGNATE TREATING PROVIDERS OUT OF TIME**

Plaintiff Leslie Dennis Mannon, pro se, moves under Federal Rules of Civil Procedure 6(b)(1)(B) and 16(b)(4) for leave to designate his treating health care providers out of time under paragraph 6 of the Scheduling and Trial Order (Doc. 28). In support, Plaintiff states:

1. Paragraph 6 of the Scheduling and Trial Order required Plaintiff to designate expert witnesses on or before October 9, 2026, and requires Defendants to designate theirs on or before December 8, 2026. Paragraph 6 applies to treating physicians and allows their report requirement to be satisfied by producing the treating physician's files, records, and notes. All discovery is to be completed by March 31, 2027 (Doc. 28 ¶ 5).

2. As paragraph 9(a) of the Scheduling and Trial Order requires: (i) the designation was first due October 9, 2026; (ii) Plaintiff has requested no previous extension of this deadline; (iii) the cause is that Plaintiff, who is not a lawyer, mistakenly treated the docket text of Doc. 28, which lists only the discovery and dispositive motion deadlines, as the complete order, and did not calendar paragraph 6; he discovered the error on October 21, 2026, and filed this motion less than two weeks later; and (iv) on October 21, 2026, Plaintiff asked Defendants' counsel whether

Defendants consent to or oppose a motion for leave to designate his treating health care provider, and sent counsel the providers' records at counsel's request the same day; Plaintiff asked for Defendants' position by October 26, 2026, and counsel has not stated one.

3. Plaintiff seeks to designate only two treating providers: Henry Bluhm, PA, of Mercy Clinic Family Medicine in Lebanon, Missouri, who began treating Plaintiff's anxiety disorder on October 21, 2024, ten days before the events of October 31, 2024 alleged in the First Amended Complaint, and continued to treat it afterward; and Dr. Muhammad Al Sharif, DO, of Mercy Clinic Cardiology in Springfield, Missouri, who began treating Plaintiff's coronary condition on December 2, 2024 (Doc. 18 ¶¶ 36, 114). Their testimony will be limited to their treatment of Plaintiff. Plaintiff does not seek to designate any retained expert, and the relief requested does not require moving any other deadline.

4. Defendants will not be prejudiced. Their own expert designations are not due until December 8, 2026, about five months of discovery remain, no trial date has been set, and Plaintiff's medical condition has been at issue since the First Amended Complaint was filed on June 22, 2026.

WHEREFORE, Plaintiff respectfully requests that the Court grant him leave to serve a designation of Henry Bluhm, PA, and Dr. Muhammad Al Sharif, DO, with their files, records, and notes as paragraph 6 permits, within fourteen days of the Court's order, and grant such further relief as is just.

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

Dated: November 1, 2026

CERTIFICATE OF SERVICE

I certify that on the date stated above I filed this document with the Clerk of Court through the Electronic Document Submission System and served a copy by electronic mail on counsel for all Defendants, Michael D. Cerulo (mcerulo@batyotto.com) and Matthew A. Victorio (mvictorio@batyotto.com), Baty Otto Scheer PC.

/s/ Leslie Dennis Mannon