**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**CERTIFICATE OF SERVICE OF SUBPOENA TO THE MISSOURI SECRETARY OF STATE'S OFFICE**

Pursuant to Local Rule 26.3(b), Plaintiff Leslie Dennis Mannon certifies that the subpoena to produce documents (Form AO 88B), with its Schedule A, directed to the Custodian of Records, Missouri Secretary of State's Office, Elections Division, was served on October 22, 2026, by delivery to the Missouri Secretary of State's Office at 600 West Main Street, Jefferson City, Missouri 65101, by Chris Heitman of Heitman Justice Services, a person at least 18 years old and not a party (Fed. R. Civ. P. 45(b)(1)). The Office stamped the subpoena "RECEIVED OCT 22 2026," and its Custodian of Records confirmed in writing on October 30, 2026 that the subpoena was "received on October 22, 2026."

Notice of the subpoena was served on Defendants under Fed. R. Civ. P. 45(a)(4) on October 20, 2026, as stated in Plaintiff's Certificate of Service filed October 21, 2026.

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

Dated: November 1, 2026