**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| LESLIE DENNIS MANNON,<br><br>Plaintiff,<br><br>vs.<br><br>LACLEDE COUNTY, MO, et al.,<br><br>Defendants. | Case No. 6:26-cv-03197-MBB |

**CERTIFICATE OF SERVICE OF PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26(a)(1) DISCLOSURES**

Pursuant to Local Rule 26.3(b), Plaintiff Leslie Dennis Mannon certifies that he served Plaintiff's Second Supplemental Rule 26(a)(1) Disclosures on counsel of record for all Defendants, Michael D. Cerulo and Matthew A. Victorio, Baty Otto Coronado Scheer PC, on November 2, 2026, by first-class United States Mail, postage prepaid, to Baty Otto Coronado Scheer PC, 7777 Bonhomme Ave., Suite 2150, St. Louis, Missouri 63105 (Fed. R. Civ. P. 5(b)(2)(C)). A copy was also sent on November 1, 2026, by electronic mail to mcerulo@batyotto.com and mvictorio@batyotto.com, with a copy to jleiner@batyotto.com.

Respectfully submitted,

/s/ Leslie Dennis Mannon
Leslie Dennis Mannon
Plaintiff, Pro Se
25641 Ortega Drive
Lebanon, Missouri 65536
Telephone: (573) 703-3727
Email: dmansr@gmail.com

Dated: November 9, 2026